UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re Application of

BULLSHINE DISTILLERY, LLC.,

Petitioner.

-----------------------------------------------------------X

Case No:

**APPLICATION FOR THE ISSUANCE OF A SUBPOENA AD TESTIFICANDUM AND SUBPOENA DUCES TECUM PURSUANT TO 35 U.S.C. § 24 TO MACMILLAN PUBLISHERS, INC.**

## ~~PROPOSED~~ ORDER

Upon the Application for the Issuance of a Subpoena Ad Testificandum and Subpoena Duces Tecum Pursuant to 35 U.S.C. § 24 to Macmillan Publishers, Inc. filed by Bullshine Distillery, LLC, Petitioner (the "Application"), it is hereby:

ORDERED that the Application is GRANTED, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit A to the Application (the "Subpoena Duces Tecum") and provide the executed Subpoena Duces Tecum to counsel for the Petitioner, Bullshine Distillery, LLC for service on Macmillan Publishers, Inc., and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit B to the Application (the "Subpoena Ad Testificandum") and provide the executed Subpoena Ad Testificandum to counsel for the Petitioner, Bullshine Distillery, LLC for service on Macmillan Publishers, Inc.

Dated: New York, New York
       11/9            , 2021

_Paul A. Engelmayer_
United States District Judge

{N5805052}